WEBER, Respondent, v. SUPREME TENT OF KNIGHTS OF MACCABEES OF THE WORLD, Appellant. (Supreme Court, Appel-

late Division, Fourth Department. April 30, 1901.) Action by Amelia Weber against the Supreme Tent of the Knights of the Maccabees of the World. No opinion. Judgment affirmed, with costs.